**Affirmed and Majority and Concurring Opinions filed August 20, 2019.**



**In the**

**Fourteenth Court of Appeals**

**NO. 14-18-00201-CR**

**ROBERTO GUTIERREZ, Appellant**

**v.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 177th District Court
Harris County, Texas
Trial Court Cause No. 1497729**

**CONCURRING OPINION**

I concur in this court's judgment affirming appellant's conviction and sentence.

A rational jury could have convicted appellant based solely on complainant's testimony. We do not know if this jury would have convicted appellant based solely on complainant's testimony. Appellant's trial counsel waived a Texas Rule of Evidence 403 objection to the thumbnails of photos on appellant's cell phone that were described at trial as "disgusting." While appellate review of the admission of

the individual "highly pixilated" photographs is required, as a practical matter it can do appellant no good. The jury was informed of what was on the thumbnails.

I cannot conclude that appellant's conviction was unaffected by the admission of the thumbnails. Perhaps if a timely rule 403 objection had been made and the trial court granted the objection in whole or in part, things might have been different.

But the evidence that was admitted did convince the jury of appellant's guilt.

Agreeing we must affirm, I concur.

/s/ Charles A. Spain
   Justice

Panel consists of Justices Wise, Zimmerer, and Spain. (Spain, J., concurring.) Publish—TEX. R. APP. P. 47.2(b).